1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE BURGER CHEF MURDERS IN
INDIANA, MIDNIGHT NOVEMBER
17, 1978; FREDERICK BANKS,

Petitioners

v.

TED BUNDY; & FBI COVER UP &
CENTRAL INTELLIGENCE
AGENCY MIND CONTROL
OPERATIONS IN AMERICA,

Respondents.

Case No. 2:20-cv-08191-ODW
(GJS)

**JUDGMENT**

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: September 14, 2020

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE